MARMAH, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GREENWICH

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*William T. Lapcevic,* in support of the petition.
*Jay H. Sandak,* in opposition.

Submitted December 10, 1976—decided January 4, 1977

CALDOR, INC., ET AL. *v.* K-MART ENTERPRISES OF CONNECTICUT, INC., ET AL.

The plaintiffs' "Motion That Supreme Court Call A Special Session For Immediate Hearing Upon Appeal" in the matter of the refusal of the Court of Common Pleas for the judicial district of Waterbury to enjoin the defendants from conducting business on Sunday is denied.

*George F. Carroll, Jr.,* in support of the motion.
*Harry C. Blake, John Rose, Jr.,* and *Thomas A. Rouse,* in opposition.

Submitted December 30, 1976—decided January 6, 1977

KAWASAKI KISEN KAISHA, LTD. *v.* INDOMAR, LTD., ET AL.

The plaintiff's "Motion to Strike Out the Assignment of Errors" of the defendant Maritime Chartering Services, Inc., in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Stanley A. Twardy, Jr.,* in support of the motion.
*Harold B. Stevens,* in opposition.

Submitted December 30, 1976—decided January 12, 1977